FILED
U.S. District Court
District of Kansas

FEB 0 8 2022

Clerk, U.S. District Court
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Gabriel Desmond Yankey Jr )
_____ )
_____ )
_____ )
(Enter above the full name of the Plaintiff(s) )
)
vs. )     Case Number  6:22-cv-1041-JAR-GEB
)
KBI (Public Offender Registry) )
Name )
1620 SW Tyler )
Street and number )
Topeka, KS 66612 )
City        State       ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.  Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.  Name of plaintiff  Gabriel Desmond Yankey Jr

    Address  1645 S Woodlawn
             Wichita, KS 67218

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant Shawn Winfield is employed at (KBI) (Registry offender)

C. Additional Defendants KAKE News, ABC News, Cargill Katrina Dobbs, Austan Kinnard, Alexis Colver, Megan Katz Tyler Neely, Krystal Aldrich, Tyler Weber, Tony Weber, Toby Levering

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:
1. Plaintiff is a citizen of the State of Kansas.
2. The first-named defendant above is either
   a. a citizen of the State of Kansas ; or
   b. a corporation incorporated under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either
   a. a citizen of the State of Kansas ; or
   b. a corporation incorporated under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.) Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.  (If applicable)  Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

☐ 1.  This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title_____, Section_____.

☒ 2.  This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☒ 3.  Other grounds (specify and state any statute which gives rise to such grounds):

- The Civil Rights Act of 1964 (78 Stat. 241)(Title VII) 42 amend section 2000e.
- 42 USC - 14141
- The Civil Rights Act of 1991 (Pub L. 102-166) (CRA) and Lily Ledbetter Fair Play Act of 2009 (Pub L.111-2) section 102
- American Disabilities Act of 1990 and section 501 of Rehabilitation Act of 1973.

III.  Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.  State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).  Do not set forth legal arguments.  If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.  Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

KBI offender registration office - 3 month registry against~~me~~. charged to me. (November ~~December~~ 2021)

KAKE - today broadcasting and conspiring against my civil rights!

IV.  Relief:

(State briefly exactly what judgement or relief you want from the Court.  Do not make legal arguments.)

3

_____

_____

_____

V.  Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒   No ☐

VI.  Do you claim actual damages for the acts alleged in your complaint? Yes ☒   No ☐

VII.  Do you claim punitive monetary damages? Yes ☒   No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

~~Refer to~~ ~~#~~ ~~HB~~ ~~case~~ $20 trillion - violation of civil and US-constitutional rights.

_____

_____

_____

_____

4

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☒  No ☐

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

Pending case filed - 2/1/2022

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:


IX. Related Litigation:

Please mark the statement that pertains to this case:

☒ This cause, or a substantially equivalent complaint, was previously filed in this court as case number 6:22-cv-01030-HLT-KGG and assigned to the Honorable Judge Magistrate Kenneth Gale.

☐ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

Gabriel Desmond Yankey Jr
Name (Print or Type)

1645 S Woodlawn, ~~Wichita KS 67218~~
Address

5

<u>Wichita     KS        67218</u>
City           State        Zip Code

<u>270 - 568 - 4896</u>
Telephone Number

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { [X] Wichita,   [ ] Kansas City, or   [ ] Topeka} , Kansas as the
(Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { [X] Yes or   [ ] No }
(Select One)

_____
Signature of Plaintiff

Dated: 2/8/2022
(Rev. 10/15)