IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GABRIEL DESMOND YANKEY,<br><br>  Plaintiff,<br><br>  v.<br><br>KANSAS BUREAU OF INVESTIGATION, et al.,<br><br>  Defendants. | Case No. 22-1041-JAR-ADM |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge James P. O'Hara, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts as its own the recommended decision to dismiss this case without prejudice under 28 U.S.C. § 1915(e)(2) (Doc. 11).

**IT IS THEREFORE ORDERED BY THE COURT** that the Court adopts Judge O'Hara's recommended decision (Doc. 11). This case is hereby **dismissed without prejudice** under 28 U.S.C. § 1915(e)(2).

**IT IS FURTHER ORDERED BY THE COURT** that Plaintiff's Motions to Dismiss (Docs. 8 and 9) are **moot**.

**IT IS SO ORDERED.**

Dated: March 22, 2022

                 S/ Julie A. Robinson
                 JULIE A. ROBINSON
                 CHIEF UNITED STATES DISTRICT JUDGE